**Order entered December 23, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

| | |
|---|---|
| No. 05-20-00995-CR | No. 05-20-00996-CR |
| No. 05-20-00997-CR | No. 05-20-00998-CR |
| No. 05-20-01009-CR | No. 05-20-01010-CR |
| No. 05-20-01011-CR | No. 05-20-01014-CR |
| No. 05-20-01015-CR | No. 05-20-01016-CR |
| No. 05-20-01026-CR | No. 05-20-01027-CR |
| No. 05-20-01028-CR | No. 05-20-01029-CR |
| No. 05-20-01030-CR | No. 05-20-01031-CR |

**BOBBY CARL JESSIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-20660-M, F20-20662-M, F20-37656-M, F20-37473-M, F20-37472-M, F20-37471-M, F20-37657-M, F20-45556-M, F20-24791-M, F20-45575-M, F20-45554-M, F18-47661-M, F18-35324-M, F19-70272-M, F19-70325-M & F20-37540-M**

## ORDER

Before the Court is December 17, 2021 request for additional time to file his pro se response to the *Anders* briefs filed in these appeals. We **GRANT** the request and **ORDER** appellant's pro se response due by February 4, 2022.

/s/    LANA MYERS
         JUSTICE